UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>GARY KEVIN COATS,<br><br>　　　　　　　　DEBTOR<br><br>DAVID M. WARREN, TRUSTEE in Bankruptcy for Gary Kevin Coats,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　　　　v.<br><br>GARY KEVIN COATS and ROI PARKER,<br><br>　　　　　　　　DEFENDANTS. | CASE NO. 09-01032-8-JRL<br><br>CHAPTER 7<br><br><br><br>ADVERSARY PROCEEDING NO. 09-00194-8-JRL |

ANSWER TO COUNTERCLAIM

Now come David M. Warren, Trustee ("Trustee") and answers the counterclaims contained in the Answer ("Answer") filed September 30, 2009 by Gary Kevin Coats ("Defendant") and denies the allegations contained in paragraphs 78 through 85, inclusive, of the Defendant's Counterclaim are denied.

Wherefore, the Trustee prays for the court to deny the relief requested by the Defendant in the Answer and to grant such other relief as the court deems just and appropriate.

Dated: October 16, 2009.

               POYNER SPRUILL LLP

       By: /s/ David M. Warren
          N.C. State Bar No. 12581
          Attorneys for Trustee
          Post Office Box 1801
          Raleigh, NC 27602
          Telephone: (919) 783-6400
          Facsimile:  (919) 783-1075

## CERTIFICATE OF SERVICE

I, David M. Warren, of Poyner Spruill LLP certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this date, I served a copy of the foregoing Answer to Counterclaim on:

>Gary Kevin Coats
>3753 Blue Ridge Rd.
>Raleigh, NC 27612

>Roi Parker
>P. O. Box 12183
>Raleigh, NC 27605

by depositing same in the United States mail, first class, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2009.

>POYNER SPRUILL LLP
>
>By:   /s/ David M. Warren
>       N.C. State Bar No. 12581
>       Attorneys for Trustee
>       Post Office Box 1801
>       Raleigh, NC 27602
>       Telephone: (919) 783-6400
>       Facsimile:  (919) 783-1075