UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>GARY KEVIN COATS,<br><br>DEBTOR<br><br>DAVID M. WARREN, TRUSTEE in Bankruptcy for Gary Kevin Coats,<br><br>PLAINTIFF<br><br>v.<br><br>GARY KEVIN COATS and ROI PARKER,<br><br>DEFENDANTS. | CASE NO. 09-01032-8-JRL<br><br>CHAPTER 7<br><br><br><br>ADVERSARY PROCEEDING NO. 09-00194-8-JRL |

## STATEMENT OF ACTUAL DAMAGES

Now comes David M. Warren ("Plaintiff"), the plaintiff in the above-referenced adversary proceeding, and files this Statement of Actual Damages as detailed in the attached Exhibit A.

The Plaintiff further states that the Plaintiff should receive punitive damages that are in addition to the actual damages requested herein.

Dated: June 15, 2010

                                                        POYNER SPRUILL LLP

By:    /s/   David M. Warren
          David M. Warren
          N.C. State Bar No. 12581
          Attorneys for Plaintiff
          Post Office Box 1801
          Raleigh, NC  27602
          Telephone: (919) 783-6400
          Facsimile:   (919) 783-1075

005600-09077003



**ATTORNEYS AT LAW**

PHONE: (919) 783-6400
FED ID #: 56-1493995

Post Office Box 1801
Raleigh, North Carolina  27602-1801

June 10, 2010                                                                                                           Invoice#  412714

BANKRUPTCY TRUSTEE CASES


RE: GARY KEVIN COATS:  DISCHARGE ADVERSARY PROCEEDING

| | |
|---|---:|
| Fees for Professional Services Through 06/10/10 | 35,380.00 |
| Expense Advances Through 06/10/10 | 3,708.82 |
| Amount Due For This Invoice | $39,088.82 |

------------------------------------------------- SERVICES SUMMARY -------------------------------------------------

**PARTNER**

| | | | | | |
|---|---|---|---|---|---:|
| DMW | DAVID M. WARREN | 13.20 hrs @ | 415.00 | per hour | 5,478.00 |
| DMW | DAVID M. WARREN | 26.80 hrs @ | 395.00 | per hour | 10,586.00 |

**ASSOCIATE**

| | | | | | |
|---|---|---|---|---|---:|
| JWH | JULIE W. HAMPTON | 56.40 hrs @ | 265.00 | per hour | 14,946.00 |
| JWH | JULIE W. HAMPTON | 1.50 hrs @ | 240.00 | per hour | 360.00 |

**PARALEGAL**

| | | | | | |
|---|---|---|---|---|---:|
| PXD | PATRICIA DUCHARME | 18.90 hrs @ | 175.00 | per hour | 3,307.50 |
| PXD | PATRICIA DUCHARME | 3.60 hrs @ | 165.00 | per hour | 594.00 |
| KSW | KELLY S. WILLIAMS | 0.70 hrs @ | 155.00 | per hour | 108.50 |

|  |  |
|---|---:|
| TOTAL FEES: | $ 35,380.00 |
| TOTAL FEES AND EXPENSES: | $ 39,088.82 |

--------------------------------------------------------------------------------------------------------------------------



EXHIBIT A

INVOICES ARE PAYABLE UPON RECEIPT

0289

|  | POYNER & SPRUILL<br>Page 2 | 005600-09077003 |
|---|---|---|
| June 10, 2010 |  | Invoice# 412714 |

**BANKRUPTCY TRUSTEE CASES - DMW**

RE:   GARY KEVIN COATS:  DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/09 | DMW | Review issue on judgment. Review title search. (.3). Receipt and review of memorandum from closing counsel. Preparation of response memorandum re same. (.3). Preparation of memorandum to Richard Sparkman re judgment lien. (.2). Receipt and review of amended schedule C. Receipt and review of memorandum from realtor re status of motion. Preparation of response memorandum re same. (.3). | 1.10 | 434.50 |
| 06/04/09 | DMW | Telephone conference with Jason Watson re exemptions and change in contract, closing issues. | 0.30 | 118.50 |
| 06/05/09 | DMW | Telephone conference with Thurston Debnam re closing of sale and possible side agreement on compensation. | 0.30 | 118.50 |
| 06/08/09 | DMW | Investigate actions by realtor in the sale of condo. (.5). Telephone conference with Ann-Cabell Anderson re no affiliation with Roi Parker. (.6). Review issues on fraud in sale. (.7). | 1.80 | 711.00 |
| 06/08/09 | PXD | Telephone call from Jason Watson, attorney for Debtor, regarding closing and demand for information needed to obtain payoff on second Deed of Trust. | 0.60 | 99.00 |
| 06/08/09 | PXD | Initial drafting of Trustee's Deed to M/M Proctor of Unit 512 of Dawson on Morgan Condominium. | 0.50 | 82.50 |
| 06/08/09 | PXD | Preparation of Subpoena to Glenwood Agency regarding communication and documentation relating to sale of condo to M/M Proctor and service of same. | 0.40 | 66.00 |
| 06/09/09 | DMW | Conference with Ann Cabell Baum Anderson re facts of case and investigation of fraud. | 1.40 | 553.00 |
| 06/11/09 | DMW | Review HUD. Preparation of trustee's deed. (.3). Review memorandum from Steve Rhudy re response to letter about acting for Glenwood Agency. (.3). | 0.60 | 237.00 |
| 06/15/09 | DMW | Review legal action against debtor and Roi Parker. | 0.50 | 197.50 |
| 06/15/09 | PXD | Review objection to Debtor's discharge with trustee. | 0.20 | 33.00 |
| 06/17/09 | DMW | Telephone conference with Stephen Rhudy re email and correspondence to realtor. (.3). Telephone conference with Ann-Cabell Andersen re communication from counsel for Roi Parker. (.3). Telephone conference with Stephen Rhudy re no information on correspondence and assistance with investigation. (.5). Investigate fraud upon estate. (.6). | 1.70 | 671.50 |
| 06/17/09 | PXD | Begin drafting Objection to Amended Exemptions. | 0.30 | 49.50 |

<table>
<tr><td colspan="2">June 10, 2010</td><td>POYNER & SPRUILL<br>Page 3</td><td>005600-09077003<br>Invoice# 412714</td></tr>
</table>

**BANKRUPTCY TRUSTEE CASES - DMW**

RE:   GARY KEVIN COATS: DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/23/09 | DMW | Attend hearing on motion to extend time for dischargeability. (1.0). Conference with Tolor Workman re additional facts of case and fraud. (.3). | 1.00 | 395.00 |
| 06/26/09 | DMW | Preparation of objection to exemptions. | 0.60 | 237.00 |
| 06/26/09 | PXD | Revise Objection to Amended Exemptions and Order; ECF filing and service of same. | 0.50 | 82.50 |
| 07/08/09 | PXD | Review of Complaint by Ms. Ratledge; and telephone call to attorney regarding missing exhibits. | 0.20 | 33.00 |
| 07/13/09 | PXD | Review of file and pleadings in connection with hearing scheduled on July 16, 2009; telephone call with Ms. Boyette regarding Amended Schedules and Trustee's Objection to Amended Schedules. | 0.40 | 66.00 |
| 07/15/09 | DMW | Receipt and review of response to exemption objection. | 0.20 | 79.00 |
| 07/15/09 | PXD | Review of file for preparation of hearing on July 16, 2009; telephone call from Allyson regarding removal of hearing from calendar. | 0.20 | 33.00 |
| 07/16/09 | DMW | Telephone conference with Toler Ratledge re complaint objecting to dischargeabiltity. | 0.30 | 118.50 |
| 07/17/09 | DMW | Receipt and review of letter from NC Real Estate Commission on complaint filed. Preparation of letter to Stephen Fussell re same. | 0.30 | 118.50 |
| 08/10/09 | PXD | Telephone call and emails from Mr. Watson, attorney for debtor, regarding hearing on trustee's objection to amended exemptions and allegations of fraud; email to Mr. Warren. | 0.30 | 49.50 |
| 08/13/09 | DMW | Receipt and review of memorandum from Jason Watson re objection to exemptions. Preparation of response memorandum re same. (.3). Review response to exemption issue. (.2). | 0.50 | 197.50 |
| 09/07/09 | DMW | Preparation of complaint objecting to discharge. | 0.50 | 197.50 |
| 09/07/09 | DMW | Review of email exchanges to formulate causes of action and to support complaint. | 1.50 | 592.50 |
| 09/08/09 | DMW | Preparation of complaint and exhibits for discharge action. | 9.50 | 3,752.50 |
| 09/08/09 | PXD | Initial drafting of Complaint, Summons and email to Mr. Warren. | 0.50 | 87.50 |
| 09/09/09 | DMW | Preparation of amended complaint. (1.0). Receipt and review of memorandum from J. Watson re hearing on objection to exemptions. Preparation of response memorandum re same (.4). Preparation of consent order continuing hearing on objection to exemptions. (.4). | 1.80 | 711.00 |

POYNER & SPRUILL  
Page 4

005600-09077003

June 10, 2010

Invoice# 412714

BANKRUPTCY TRUSTEE CASES - DMW

RE:   GARY KEVIN COATS:  DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/09 | PXD | Review of Complaint; email to Mr. Warren regarding Summons and filing of Complaint. | 0.40 | 70.00 |
| 09/10/09 | DMW | Preparation of certificate of service of complaint. | 0.30 | 118.50 |
| 09/21/09 | PXD | Review of filed documents in adversary proceeding; preparation of Affidavit of Service on Coats and Parker. | 0.40 | 70.00 |
| 09/30/09 | DMW | Receipt and review of answer and counterclaims. (.4). Preparation of letter to AC Andersen re same. (.3). | 0.70 | 276.50 |
| 10/09/09 | PXD | Initial drafting of Answer to Counterclaim of Gary Kevin Coats. | 0.50 | 87.50 |
| 10/09/09 | PXD | Review of allegations of Complaint, Answer and Counterclaim; initial drafting of Preliminary Pretrial Preconference Report. | 0.70 | 122.50 |
| 10/16/09 | DMW | Review counterclaims. Preparation of answer to same. | 0.80 | 316.00 |
| 10/16/09 | DMW | Preparation of answer to counterclaim. Telephone conference with Roi Parker re testimony at trial. | 0.80 | 316.00 |
| 11/11/09 | JWH | Review deposition needs and status report question. Review file. | 0.40 | 96.00 |
| 11/11/09 | PXD | Prepare pleadings for review by Ms. Hampton regarding allegations of complaint and deposition Mr. Parker. | 0.30 | 52.50 |
| 11/12/09 | JWH | Review answer of Coats. Revise preliminary report. | 0.40 | 96.00 |
| 11/12/09 | PXD | Revisions to Preconference Report; letters to Mr. Coats and Mr. Parker regarding same. | 0.50 | 87.50 |
| 11/16/09 | PXD | Review deposition of Mr. Coats with Mr. Warren; emails to Ms. Hampton and Mr. Behr from Bankruptcy Administrator's Office regarding same. | 0.10 | 17.50 |
| 11/17/09 | DMW | Receipt and review of preliminary pretrial conference reports from defendants. | 0.30 | 118.50 |
| 11/17/09 | PXD | Revise Plaintiff's Pretrial Report; email to Ms. Hampton regarding changes based on reports filed by Defendants. | 0.30 | 52.50 |
| 11/18/09 | JWH | Review and revise pre trial report and notice of deposition. Coordinate with P. Ducharme re same. | 0.40 | 96.00 |
| 11/18/09 | PXD | Final revisions to Preconference Report. | 0.20 | 35.00 |
| 11/18/09 | PXD | Preparation of Notice of Deposition. | 0.50 | 87.50 |
| 11/18/09 | PXD | Review Subpoena with Ms. Hampton; preparation of Subpoena to Roi Parker. | 0.30 | 52.50 |

|  | POYNER & SPRUILL | 005600-09077003 |
|---|---|---|
| June 10, 2010 | Page 5 | Invoice# 412714 |

BANKRUPTCY TRUSTEE CASES - DMW

RE:   GARY KEVIN COATS: DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/09 | PXD | ECF filing and service of Preconference Report and Notice of Deposition. | 0.40 | 70.00 |
| 11/20/09 | JWH | Discussion with R. Parker re postponement of deposition. Review file to determine trial date in response. | 0.30 | 72.00 |
| 12/02/09 | JWH | Review file and prepare for pre-trial conference. Email to bankruptcy administrator re new deposition date for Roi Parker. | 0.30 | 79.50 |
| 12/03/09 | JWH | Review file in preparation for pre-trial conference. Attend pre-trial conference. | 1.50 | 397.50 |
| 12/04/09 | PXD | Preparation of Amended Notice of Deposition and Subpoena for Roi Parker. | 0.30 | 52.50 |
| 12/08/09 | PXD | Calendaring deadlines in adversary proceeding. | 0.10 | 17.50 |
| 12/31/09 | JWH | Review and analysis of pleadings. Prepare deposition outline in preparation for deposition of Roi Parker. | 4.00 | 1,060.00 |
| 01/04/10 | JWH | Telephone call with R. Parker re deposition. | 2.30 | 609.50 |
| 01/04/10 | KSW | Preparation of exhibits for deposition. | 0.70 | 108.50 |
| 01/05/10 | JWH | Prepare for and take deposition of R. Parker. | 4.70 | 1,245.50 |
| 01/11/10 | JWH | Review and revise deposition notice for G. Coats. Coordinate court report and timing. | 0.20 | 53.00 |
| 01/11/10 | PXD | Preparation of Notice of Deposition of Gary Kevin Coats and Subpoena; ECF filing of Notice. | 0.50 | 87.50 |
| 01/24/10 | JWH | Prepare for deposition of K. Coats. | 4.00 | 1,060.00 |
| 01/25/10 | DMW | Review discovery issues. Telephone conference with John Orcutt re same. (.3). Telephone conference with Steve Fussell of NC Real Estate Commission re deposition, allegations against debtor, case for fraud. (.4). | 0.70 | 290.50 |
| 01/25/10 | JWH | Prepare for and depose Kevin Coats. Review and revise motion to compel remainder of Coats' deposition. | 5.50 | 1,457.50 |
| 01/25/10 | PXD | Attending Deposition of Debtor and notes to files. | 3.00 | 525.00 |
| 01/26/10 | JWH | Revise motion to compel. Draft order to compel. | 0.50 | 132.50 |
| 01/26/10 | PXD | Revisions to Motion to Compel and Order in adversary proceeding. | 0.20 | 35.00 |
| 01/26/10 | PXD | Initial drafting of Amended Notice of Deposition. | 0.20 | 35.00 |

|  |  | POYNER & SPRUILL | | 005600-09077003 |
|  |  | Page 6 | | |

June 10, 2010

Invoice# 412714

### BANKRUPTCY TRUSTEE CASES - DMW

RE:   GARY KEVIN COATS: DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/10 | PXD | Review of email from Mr. Behr and notes from Mr. Coats' deposition; drafting Subpoena for Mr. Coats for February 12, 2010; drafting Exhibit list of documents to produce. | 0.50 | 87.50 |
| 01/26/10 | PXD | Listen to parts of Debtor's testimony at Creditors Meeting and email to Ms. Hampton relating to testimony about transfers of personal property set forth on SOFA. | 0.30 | 52.50 |
| 01/27/10 | PXD | Telephone call with Julie Boyette regarding Motion to Compel in adversary proceeding; discuss Rules relating to notice. | 0.20 | 35.00 |
| 01/29/10 | JWH | Review and revise motion to compel and deposition notice. | 0.40 | 106.00 |
| 01/29/10 | PXD | Revisions to Motion to Compel, Amended Notice of Deposition and Subpoena to Mr. Coats and ECF filing. | 0.50 | 87.50 |
| 02/02/10 | DMW | Receipt and review of letter from Steve Fussell of NC Real Estate Commission re depositions and contracts. (.3). Preparation of response letter re same. (.5). Review deposition of Roi Parker. (.9). | 1.70 | 705.50 |
| 02/02/10 | JWH | Review and analysis of letter and information from Real Estate Commission. Prepare e-mail to Real Estate Commission re same. | 0.90 | 238.50 |
| 02/04/10 | JWH | Review Kevin Coats' dep transcript. E-mail same to S. Fussell. | 0.20 | 53.00 |
| 02/17/10 | JWH | Review docket to see if order to compel has been granted. | 0.20 | 53.00 |
| 02/17/10 | PXD | Email to Case Administrator requesting status of Order on Motion to Compel Attendance. | 0.10 | 17.50 |
| 02/24/10 | DMW | Receipt and review of letter from Charles Proctor re demand for payment for appliances. Preparation of response letter re denial of claim. (.4). Telephone conference with Hunter Wyche re settlement of Ratladge. (.3). | 0.70 | 290.50 |
| 02/26/10 | DMW | Telephone conference with Danny Bradford re deposition. Telephone conference with Brian Behr re deposition. | 0.50 | 207.50 |
| 02/26/10 | JWH | Work on dep prep. | 0.30 | 79.50 |
| 02/26/10 | PXD | Email with Ms. Hampton and Mr. Behr regarding deposition of Mr. Coats on March 1, 2010. | 0.10 | 17.50 |
| 02/28/10 | JWH | Prepare for deposition of K. Coats. | 1.50 | 397.50 |
| 03/01/10 | JWH | Prepare for deposition of Kevin Coats. Take deposition of Kevin Coats. | 6.60 | 1,749.00 |
| 03/19/10 | DMW | Receipt and review of motion to approve settlement. | 0.20 | 83.00 |
| 03/23/10 | PXD | Telephone call with Rick Hinson from BA's office regarding exhibits; meeting with Mr. Hinson. | 0.30 | 52.50 |

|  |  | POYNER & SPRUILL<br>Page 7 |  | 005600-09077003 |
|---|---|---|---|---|
| June 10, 2010 |  |  |  | Invoice# 412714 |

**BANKRUPTCY TRUSTEE CASES - DMW**

RE:   GARY KEVIN COATS: DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/10 | PXD | Review of adversary proceeding and pretrial order and note regarding preparation for trial on June 9, 2010. | 0.20 | 35.00 |
| 04/16/10 | DMW | Review deposition transcript. | 1.50 | 622.50 |
| 05/11/10 | DMW | Telephone conference with Danny Bradford re possible settlement offer. Preparation of memorandum to file re same | 0.30 | 124.50 |
| 05/14/10 | PXD | Telephone call with Ms. McNeill in Clerk's Office regarding submission of Final Pretrial Order and trial. | 0.20 | 35.00 |
| 05/14/10 | PXD | Review of Scheduling Order; initial draft of Final Pretrial Order; email to Mr. Warren and Ms. Hampton regarding trial. | 0.30 | 52.50 |
| 05/20/10 | JWH | Email D. Bradford to confirm representation. Prepare final pretrial order. Email same to D. Bradford. | 2.00 | 530.00 |
| 05/21/10 | PXD | Revisions to Final Pretrial Order; telephone call with Clerk's Office and emails with Mr. Bradford on trial issues. | 0.70 | 122.50 |
| 05/22/10 | DMW | Receipt and review of amended answer. | 0.20 | 83.00 |
| 05/24/10 | JWH | Review pre-trial order and file in preparation for hearing. | 0.50 | 132.50 |
| 05/24/10 | PXD | Telephone call from Clerk's Office (2) regarding Final Pretrial Conference; discuss with Mr. Bradford and Ms. Hampton. | 0.20 | 35.00 |
| 05/25/10 | JWH | Prepare for and attend final pre-trial conference. Review proposed amended answer. Email to D. Bradford re same. | 1.80 | 477.00 |
| 05/27/10 | DMW | Receipt and review of settlement offer from debtor. Preparation of response to offer. Telephone conference with Steve Fussell re status of commission action. | 0.50 | 207.50 |
| 05/27/10 | DMW | Preparation of settlement offer on adversary proceeding. Receipt and review of memorandum from Danny Bradford re settlement. Preparation of response memorandum re same. | 0.50 | 207.50 |
| 05/28/10 | DMW | Review settlement offers. (.3). Telephone conference with Steve Fussell re status of trial. (.2). | 0.50 | 207.50 |
| 05/28/10 | PXD | Research Section 727 - grounds for objection to discharge and provide information to Ms. Hampton. | 0.20 | 35.00 |
| 06/01/10 | DMW | Receipt and review of memorandum from Danny Bradford re settlement offer. Preparation of response memorandum re same. Receipt and review of memorandum from Danny Bradford re settlement offer revision. Preparation of response memorandum re same. | 0.60 | 249.00 |

|  |  | POYNER & SPRUILL<br>Page 8 |  | 005600-09077003 |
|---|---|---|---|---|
| June 10, 2010 |  |  |  | Invoice# 412714 |

BANKRUPTCY TRUSTEE CASES - DMW

RE: GARY KEVIN COATS: DISCHARGE ADVERSARY PROCEEDING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/10 | JWH | Review and analysis of damages issues and case law re the same. E-mail to D. Bradford re records of damages. | 1.00 | 265.00 |
| 06/04/10 | JWH | Prepare for trial. | 2.00 | 530.00 |
| 06/07/10 | JWH | Prepare stipulations for trial. Prepare case law references and examinations for trial. | 6.50 | 1,722.50 |
| 06/07/10 | PXD | Emails and conference with Ms. Hampton regarding trial preparation. | 0.20 | 35.00 |
| 06/07/10 | PXD | Review of exhibits to Complaint and review of Stipulations; preparation of Exhibits and Exhibit List for trial. | 2.00 | 350.00 |
| 06/08/10 | DMW | Receipt and review of memorandum from Danny Bradford re settlement and damages. Preparation of memorandum to Danny Bradford re same. (.5). Preparation for trial on discharge and damages (1.8). | 2.30 | 954.50 |
| 06/08/10 | JWH | Review time entries. Research and analysis of case law. Review Coats' deposition transcript. | 2.10 | 556.50 |
| 06/08/10 | PXD | Discuss trial testimony with Mr. Warren and rejection of settlement. | 0.20 | 35.00 |
| 06/09/10 | DMW | Preparation for and attendance at Section 727 trial. | 3.00 | 1,245.00 |
| 06/09/10 | JWH | Prepare for and try adversary proceeding against Mr. Coats. | 7.40 | 1,961.00 |
| 06/09/10 | PXD | Instructions from Ms. Hampton regarding trial exhibits and amending Exhibit List. | 0.30 | 52.50 |
| 06/09/10 | PXD | Review Exhibit List and preparation of additional trial exhibits. | 0.50 | 87.50 |
| 06/09/10 | PXD | Drafting Stipulation of Voluntary Dismissal as to Roi Parker. | 0.30 | 52.50 |
| 06/09/10 | PXD | Attending trial and assisting attorney with exhibits and notes of testimony and cross examination. | 2.00 | 350.00 |
| 06/09/10 | PXD | Email from/to Courtroom Deputy forwarding cases discussed at trial at the request of Judge Humrickhouse. | 0.20 | 35.00 |

TOTAL FEES: 35,380.00

|  | POYNER & SPRUILL<br>Page 9 | 005600-09077003 |
|---|---|---|
| June 10, 2010 |  | Invoice# 412714 |

BANKRUPTCY TRUSTEE CASES - DMW

RE:   GARY KEVIN COATS: DISCHARGE ADVERSARY PROCEEDING

EXPENSE ADVANCES:

| 07/02/09 | Professional Services - RHONDA, LLC - 6/3/09 | 8.00 |
|---|---|---|
| 09/10/09 | Bulk Copies | 141.00 |
| 09/29/09 | Express Services - FEDEX - 9/10/09 Package sent to Gary Kevin Coats, Raleigh, NC. | 18.97 |
| 02/04/10 | Transcript Fee - CAPITAL REPORTING, INC. - 1/5/10 Deposition of Roi Parker | 1,122.85 |
| 03/01/10 | Bulk Copies | 426.80 |
| 04/16/10 | Reporting Services - CAPITAL REPORTING, INC. - 3/1/10 Deposition Copy of Gary Kevin Coats Vol. 2 | 1,255.50 |
| 05/21/10 | Transcript Fee - 2/10/10 Deposition of Gary Kevin Coats | 735.70 |

|  | TOTAL EXPENSES: | 3,708.82 |
|---|---|---|
|  | TOTAL FEES AND EXPENSES THIS INVOICE: | 39,088.82 |
|  | AMOUNT DUE FOR THIS INVOICE: | $39,088.82 |

## CERTIFICATE OF SERVICE

I, David M. Warren, of Poyner Spruill LLP certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Statement of Actual Damages on:

| | |
|---|---|
| Roi Parker<br>617 Oberlin Rd.<br>Raleigh, NC  27605 | Brian C. Behr, Esq.<br>U.S. Bankruptcy Administrator<br>434 Fayetteville St., Suite 620<br>Raleigh, NC  27601 |
| Gary Kevin Coats<br>P. O. Box 12183<br>Raleigh, NC  27605 | Paul D. Bradford, Esq.<br>6512 Six Forks Road<br>Suite 304<br>Raleigh, NC 27615 |

by depositing same in the United States mail, first class, postage prepaid  (by certified mail, return receipt requested, if applicable)

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 15, 2010                                       POYNER SPRUILL LLP


                                                    By:    /s/ David M. Warren
                                                           David M. Warren
                                                           N.C. State Bar No. 12581
                                                           Attorneys for Plaintiff
                                                           Post Office Box 1801
                                                           Raleigh, NC  27602
                                                           Telephone: (919) 783-6400
                                                           Facsimile:  (919) 783-1075