**SO ORDERED.**

**SIGNED this 07 day of July, 2010.**



_Stephani W. Humrickhouse_
Stephani W. Humrickhouse
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| **GARY KEVIN COATS** | 09-01032-8-SWH |
|     **DEBTOR** | |
| | |
| **DAVID M. WARREN, TRUSTEE** | |
|     Plaintiff | ADVERSARY PROCEEDING NO. |
|     v. | 09-00194-8-SWH-AP |
| **GARY KEVIN COATS and ROI PARKER** | |
|     Defendants. | |

**JUDGMENT**

The trial of this adversary proceeding to determine, pursuant to 11 U.S.C. § 727(a), whether to deny the discharge of the chapter 7 debtor, Gary Kevin Coats, was held in Raleigh, North Carolina, on June 9, 2010.

A memorandum opinion setting forth the court's findings of fact and conclusions of law was entered on this date. Based on those findings of fact and conclusions of law,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the discharge of the debtor, Gary Kevin Coats, is **DENIED** pursuant to 11 U.S.C. § 727(a)(2), (4), and (6).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plaintiff, David M. Warren, shall have and recover from the defendant, Gary Kevin Coats, the sum of $39,088.82 as actual damages plus interest at the federal rate of 0.31 percent per annum from the date of this judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plaintiff, David M. Warren, shall have and recover from the defendant, Gary Kevin Coats, the sum of $10,000 as punitive damages plus interest at the federal rate of 0.31 percent per annum from the date of this judgment until paid.

**END OF DOCUMENT**